115 A.3d 1278

**COMMONWEALTH of Pennsylvania, Petitioner,**

v.

**Daniel LABRAKE, Respondent.**

**No. 37 EAL 2013.**

Supreme Court of Pennsylvania.

June 3, 2015.

*ORDER*

PER CURIAM.

**AND NOW,** this 3rd day of June, 2015, the Petition for Allowance of Appeal is **GRANTED,** and the order of the Commonwealth Court is **VACATED.** *See Commonwealth v. Allen,* 630 Pa. 577, 107 A.3d 709 (2014). The matter is **REMANDED** for consideration of Respondent's remaining appellate issues.